# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION

In Re:  
Heather Ann Reynolds  
1720 33rd Street Circle SW  
Hickory, NC  28602  

Case No: 11-50002  
SSN#1 - XXX-XX-1931  

Judge: Laura T. Beyer

## CHAPTER 13 FINAL REPORT AND ACCOUNT
## COMPLETED

This Case was  
Commenced on 01/04/2011  

The Plan was  
Confirmed on  03/15/2011  

The Trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt, and of all disbursements, and they are incorporated by reference in this report.

RECEIPTS:  Amounts paid to Trustee by or for the Debtor for the benefit of Creditors:  $63,130.00  
Plan Base = $63,089.00

## CLAIMS AND DISTRIBUTIONS TO DATE

| Trustee Claim # | Clerk Claim # | Payee | Class | Claim Amount | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| TTE | | TRUSTEE COMPENSATION | | 3,523.22 | 3,523.22 | |
| 0 | | Heather Ann Reynolds | DEBTOR REFUND | 0.00 | 0.00 | 0.00 |
| 0 | | Robert Gerald LaMontagne | ATTORNEY FEE | 0.00 | 0.00 | 0.00 |
| 0 | 0 | Heather Ann Reynolds | DEBTOR REFUND | 41.00 | 41.00 | 0.00 |
| 1 | | Robert Gerald LaMontagne | B-Base Attorney Fee(s) | 1,979.00 | 1,979.00 | 0.00 |
| 2 | | Robert Gerald LaMontagne | B-Base Attorney Fee(s) | 771.00 | 771.00 | 0.00 |
| 4 | | UNIFOUR CONSORTIUM | M-Mortgage/Lease | 0.00 | 0.00 | 0.00 |
| 5 | 9 | Rushmore Loan Management Services | M-Mortgage/Lease | 0.00 | 38,631.56 | 0.00 |
| 6 | 9 | Rushmore Loan Management Services | N-Mortgage/Lease Arrears | 1,535.82 | 1,535.82 | 0.00 |
| 3 | 2 | Citifinancial | S-Secured-Pro-Rata | 3,803.66 | 3,803.66 | 382.86 |
| 20 | 8 | United Consumer Financial Services | S-Secured-Pro-Rata | 2,062.14 | 2,062.14 | 182.53 |
| 8 | 1 | LVNV FUNDING LLC | S-Secured-Pro-Rata | 2,074.00 | 2,074.00 | 402.21 |
| 10,003 | 2 | Citifinancial | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 10,008 | 1 | LVNV FUNDING LLC | U-Unsecured | 3,102.16 | 564.61 | 0.00 |
| 7 | 7 | AMERICAN EXPRESS | U-Unsecured | 384.40 | 69.97 | 0.00 |
| 10 | 4 | Catawba Memorial Hospital | U-Unsecured | 150.00 | 25.14 | 0.00 |
| 11 | 5 | FIA Card Services NA as successor in intere | U-Unsecured | 20,912.60 | 3,806.27 | 0.00 |
| 12 | | FIA Card Services NA | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 13 | | FIRST PREMIER BANK | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 14 | | Gemb/Dillards | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 15 | | Internal Revenue Service | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 16 | | SECU Loss Mitigation | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 17 | | Sprint PCS Bankruptcy Dept | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 18 | 6 | Unifund CCR Partners | U-Unsecured | 14,404.35 | 2,621.71 | 0.00 |
| 19 | 3 | Palisades Collections LLC | U-Unsecured | 3,589.41 | 653.30 | 0.00 |
| 9 | | CATAWBA COUNTY TAX COLLECTOR | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 21 | | Wells Fargo Bank NA | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 22 | | WELLS FARGO BANK NA | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 23 | | Daria Anne Barrett | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| | | | Totals | $58,332.76 | $62,162.40 | $967.60 |

WHEREFORE,  your Petitioner prays that a Final Decree be entered discharging Steven G. Tate as Trustee and releasing Steven G. Tate and his surety from any and all liability on account of these proceedings, and for such other and further relief as is just.

Case No.  11-50002    Heather Ann Reynolds

CERTIFICATE OF SERVICE

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on  May 27, 2016.

Steven G. Tate
Chapter 13 Trustee
212 Cooper St
Statesville, NC  28677-5856
(704) 872-0068
general@ch13sta.com

S.  Henderson
Office of the Chapter 13 Trustee

Heather Ann Reynolds, 1720 33rd Street Circle SW,   Hickory, NC  28602

Case No.  11-50002    Heather Ann Reynolds
Total Served: 1